1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10 COLET KIT BREWER,

11            Plaintiff,                    No. 2:12-cv-0130 KJN P

12       vs.

13 SCOTT KERNAN, et al.,

14            Defendants.              <u>ORDER</u>

15 _____/

16            Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil
17 rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis
18 affidavit or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiff
19 will be provided the opportunity either to submit the appropriate affidavit in support of a request
20 to proceed in forma pauperis or to submit the appropriate filing fee.
21            In accordance with the above, IT IS HEREBY ORDERED that:
22            1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit
23 in support of his request to proceed in forma pauperis on the form provided by the Clerk of
24 Court, or the appropriate filing fee; any application to proceed in forma pauperis must be
25 prepared on the form provided with this order and must bear the case number assigned to this
26 action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

                                        1

      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 26, 2012

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

brew0130.3a

1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10   COLET KIT BREWER,
11           Plaintiff,                            No. 2:12-cv-0130 KJN P
12       vs.
13   SCOTT KERNAN, et al.,                         SUBMISSION OF
14           Defendants.                           IFP or FILING FEE
15   _____/
16           Plaintiff hereby submits the following document in compliance with the court's
17   order filed _____:
18           _____            IFP affidavit
19           _____            The appropriate filing fee
20   DATED:
21
22                                                 _____
23                                                 Plaintiff
24
25
26